Slip Op. 13-143

UNITED STATES COURT OF INTERNATIONAL TRADE

NSK CORPORATION, *et al.*,

        Plaintiffs,

        v.

UNITED STATES INTERNATIONAL
TRADE COMMISSION,

        Defendant.

Before: Judith M. Barzilay, Senior Judge

Consol. Court No. 06-00334

<u>**JUDGMENT**</u>

In accordance with the Federal Circuit's decision in *NSK Corp. v. ITC*, 716 F.3d 1352

(Fed. Cir. 2013), and pursuant to the Federal Circuit's mandate issued on November 6, 2013, it is

hereby

    **ORDERED** that the ITC's negative material injury determination set forth in the *Third*

*Remand Results* issued on August 25, 2010 is vacated; it is further

    **ORDERED** that the ITC's negative material injury determination set forth in the *Fourth*

*Remand Results* issued on March 1, 2011 is vacated; and it is further

    **ORDERED** that the ITC's affirmative material injury determination set forth in the

*Second Remand Results* issued on January 5, 2010 is reinstated.


Dated:  November 18, 2013                  /s/ Judith M. Barzilay
       New York, NY               Judith M. Barzilay, Senior Judge